# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 5 EM 2021

           Respondent            :

           v.            :

BILLY T. GATEWOOD,            :

           Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2021, the "Emergency Application for Extraordinary Relief" is DENIED.